UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. GUTIERREZ,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES,<br><br>    Respondent.<br>_____/ | No. C 11-4527 YGR (PR)<br><br>**ORDER DENYING POST-JUDGMENT MOTIONS** |

This is a closed federal habeas action. Petitioner's post-judgment motions to augment the record (Docket Nos. 18 and 19) are DENIED as moot. The Clerk shall terminate Docket Nos. 18 and 19.

**IT IS SO ORDERED.**

DATED: November 14, 2012

                                                    YVONNE GONZALEZ ROGERS
                                                  UNITED STATES DISTRICT COURT JUDGE