UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. GUTIERREZ, | No. C 11-4527 YGR (PR) |
| Petitioner, | **ORDER DENYING POST-JUDGMENT MOTIONS** |
| v. | |
| UNITED STATES, | |
| Respondent. | |

This is a closed federal habeas action. Petitioner's post-judgment motions to augment the record (Docket Nos. 18 and 19) are DENIED as moot. The Clerk shall terminate Docket Nos. 18 and 19.

**IT IS SO ORDERED.**

DATED: November 14, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE